UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
ANDREI PASCOVICI,

                Plaintiff,

   v.

PETER KEISLER, *et al.*,

                Defendants.
_____

No. C07-1477RSL

ORDER VACATING ORDER
TO SHOW CAUSE

On October 12, 2007, the Court ordered defendants to show cause within 60 days why the Court should not grant plaintiff's application for naturalization by the authority of the Immigration and Nationality Act, which confers jurisdiction to this Court to compel agency action on a naturalization application or make a ruling on the merits "[i]f there is a failure to make a determination . . . before the end of the 120-day period after the date on which the examination is conducted[.]" 8 U.S.C. § 1447(b). Defendants have responded to the order and explained that the 120-period has not yet commenced because the agency has not conducted an examination of plaintiff. Accordingly, the Order to Show Cause (Dkt. #4) is VACATED.

DATED this 13th day of December, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER TO SHOW CAUSE